

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2014

No. 04-14-00688-CR

Taylor Rae **ROSENBUSCH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR11074
Honorable Dick Alcala, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to February 9, 2015.

**PER CURIAM**

ATTESTED TO: _____

KEITH E. HOTTLE
CLERK OF COURT

cc: Susan D. Reed                          John F. Carroll
    District Attorney, Bexar County        Law Offices of John F. Carroll
    Paul Elizondo Tower 1                  111 West Olmos Drive
    101 W. Nueva, Suite 370                San Antonio, TX 78212
    San Antonio, TX 78205